UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CLARENCE HEATLEY,

      Petitioner,

   v.

UNITED STATES OF AMERICA,

      Respondent.
------------------------------------x

96 Cr. 515(LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

  The Government shall respond to Clarence Heatley's motion to reduce sentence pursuant to the First Step Act of 2018 [dkt. no. 654] no later than February 15, 2020.

  The Clerk of the Court shall mail a copy of this order to Mr. Heatley.

SO ORDERED.

Dated: New York, New York
    January 13, 2020

            *Loretta A. Preska*
            LORETTA A. PRESKA
            Senior United States District Judge