UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLARENCE HEATLEY,

        Petitioner,

  -versus-

UNITED STATES OF AMERICA,

        Respondent.

95-CR-0515 (LAP)
20-CV-4854 (LAP)
15-CV-9534 (LAP)

ORDER

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Mr. Heatley's supplemental motion to vacate his sentence under 28 U.S.C. § 2255. (Dkt. no. 668 in 96-CR-515.) The Government shall respond to that motion by September 7, and Mr. Heatley may reply by October 7.

**SO ORDERED.**

Dated: August 7, 2020
       New York, New York

                                                _____
                                                LORETTA A. PRESKA, U.S.D.J.