UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>CLARENCE HEATLEY,<br><br>            Defendant. | No. 96-CR-515 (LAP)<br><br>No. 15-CV-9534 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has already ordered that it will appoint counsel [dkt. no. 697] to represent Mr. Heatley in connection with his § 2255 petition.  Jeffrey G. Pittell is appointed <u>nunc pro tunc</u> to represent Mr. Heatley.

**<u>SO ORDERED.</u>**

Dated:     December 28, 2020
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1