UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CLARENCE HEATLEY,

                              Defendant.

No. 96-CR-515(LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Clarence Heatley's pro se submission seeking the Court's leave to amend his § 2255 petition to assert, inter alia, a claim based on United States v. Davis, 139 S. Ct. 2319 (2019). (See dkt. no. 715.) Because the Court has already appointed counsel to represent Mr. Heatley in connection with his § 2255 petition, (see dkt. no. 700), counsel are directed to confer and propose--by letter and no later than June 2, 2021--a briefing schedule related to Mr. Heatley's § 2255 petition.

**SO ORDERED.**

Dated:    May 26, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1