UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>CLARENCE HEATLEY,<br><br>                Defendant. | No. 96-CR-515 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received the pro se letter filed by Mr. Heatley requesting the appointment of counsel. (See dkt. nos. 775-76.) The unredacted version of Mr. Heatley's letter, filed under seal, indicates Mr. Heatley's retained counsel, Jonathan Rosenberg, misunderstood the Court's May 14, 2024, order respecting one of Mr. Heatley's co-defendants, (see dkt. no. 774), as an order respecting Mr. Heatley. Mr. Rosenberg is ordered to respond to Mr. Heatley's letter requesting the re-appointment of counsel no later than July 3, 2024. The Clerk of the Court shall mail a copy of this order to Mr. Heatley.

**SO ORDERED.**

Dated:    June 26, 2024
             New York, New York

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge